1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICK HERNANDEZ,

               Plaintiff,

        v.

DALE NELSON, *et al.*,

               Defendants.

Case No.  C08-5242 FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

15
16
17

      Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Plaintiff is currently detained at the Northwest Detention Center, Tacoma, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

18
      The Clerk is directed to mail a copy of this Order to Plaintiff.

19
      DATED this  25th   day of April, 2008.

20
21
22
23
24
25

                                           Karen L. Strombom
                                           United States Magistrate Judge

26
27
28

ORDER
Page - 1