UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICK HERNANDEZ,

              Plaintiff,

     v.

DALE NELSON, *et al.*,

              Defendants.

Case No.  C08-5242 FDB/KLS

ORDER DIRECTING PLAINTIFF
TO FILE ADDENDUM TO
COMPLAINT

     This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Plaintiff has been granted leave to proceed *in forma pauperis*.  Before the Court for review is Plaintiff's civil rights complaint in which Plaintiff purports to sue various employees of GEO Group and the Immigration and Custom Enforcement Agency for damages under *Bivens* and 42 U.S.C. § 1983.  (Dkt. # 4).  However, Plaintiff has failed to include a statement specifying the relief he seeks against the defendants.

**I. DISCUSSION**

     Rule 8(a) of the Federal Rules of Civil Procedure requires that a pleading which sets forth a claim for relief shall contain:

     (1)     a short and plain statement of the grounds upon which the court's jurisdicion depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdction to support it,

     (2)     a short and plain statement of the claim showing that the pleader is entitled to relief; and

     (3)     a demand for judgment for the relief the pleader seeks.  Relief in the alternative or of several different types may be demanded.

     The Complaint is entitled "Complaint for Damages" and Plaintiff states in the first paragraph that

ORDER
Page - 1

the "Complaint" is one "for damages against the Defendants." (Dkt. # 4, p. 1). However, Plaintiff does not include a demand for judgment within his Complaint.

Accordingly, it is **ORDERED**:

1. Plaintiff shall file an Addendum on or before **May 30, 2008,** in which he sets forth the relief he seeks against the defendants.

2. Plaintiff is further directed to provide the Court with service copies of the Complaint and the Addendum for each named defendant so that the U.S. Marshal may attempt service by mail upon the named defendants. These documents must be returned on or before **May 30, 2008,** or the Court will recommend dismissal of this action for failure to prosecute.

DATED this 8th day of May, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2