UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICK HERNANDEZ,

        Plaintiff,

    v.

DALE NELSON, *et al.*,

        Defendants.

Case No. C08-5242 FDB/KLS

ORDER TO DEFENDANTS TO PROVIDE COPY OF DETAINEE HANDBOOK AND REVISED POLICY

    Defendants Dale Nelson, George Wigen, B. Gabalis and Carl Sadler (the GEO Defendants) are directed to provide the Court with a complete copy of the ICE National Detainee Handbook. The copy of the ICE National Detainee Handbook provided to the Court in support of the GEO Defendants' motion for summary judgment contains only odd numbered pages. *See* Dkt. # 13, Ex. B, pp. 21-32 (CM/ECF page numbering).

    The GEO Defendants are directed to provide the Court with the even numbered pages of the handbook on or before **April 10, 2009.**

    The Clerk is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

    DATED this 30th day of March, 2009.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER
Page - 1