UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICK HERNANDEZ,

        Plaintiff,

    v.

DALE NELSON, *et al.*,

        Defendants.

Case No. C08-5242 FDB/KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.
Strombom, objections to the Report and Recommendation, if any, and the remaining record, does
hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Motion for Summary Judgment of Defendants Dale Nelson, George Wigen, B.
Gebalis and Carl Jason Sadler (Dkt 12) is **GRANTED**; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
and to the Hon. Karen L. Strombom.

DATED this 20th day of July 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1