UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ERICK HERNANDEZ, | |
|---|---|
| Plaintiff, | No. C08-5242 FDB |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| DALE NELSON, *et al.*, | |
| Defendants. | |

The Magistrate Judge recommends that Defendant David Jennings' Rule 12(b)(6) motion be granted and this prisoner civil rights action be dismissed for failure to state a claim. Plaintiff did not respond to the motion to dismiss and has not filed objections to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation;

2) Defendant Jenning's Motion to Dismiss [Dkt. 27] is **GRANTED** and Plaintiff's Amended Complaint [Dkt. 8] is **DISMISSED as to Defendant David W. Jennings.**

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 16th day of February, 2010

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1