# United States District Court

WESTERN DISTRICT OF WASHINGTON

ERICK HERNANDEZ

      v.

DALE NELSON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5242FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Defendant Jennings' Motion to Dismiss [Dkt. 27] is **GRANTED** and Plaintiff's Amended Complaint [Dkt. 8] is **DISMISSED as to Defendant David W. Jennings**.

| February 17, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                           *s/CM Gonzalez*
                                                          Deputy Clerk